Sudders *v.* United National Insurance Company, Appellant.

Argued November 8, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Joseph Lurie,* with him *Galfand, Berger, Senesky & Lurie,* for appellant.

*Julius E. Fioravanti,* for appellee.

OPINION PER CURIAM, December 20, 1971:

Order affirmed. See *Nat. Grange M. Ins. Co. v. Kuhn,* 428 Pa. 179, 236 A. 2d 758 (1968), and *Gr. Am. Ins. Co. v. Am. Arb. Assn.,* 436 Pa. 370, 260 A. 2d 769 (1970).

Mr. Justice JONES dissents.

Mr. Chief Justice BELL and Mr. Justice BARBIERI took no part in the consideration or decision of this case.